```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROM RAIL, LLC,

           Plaintiff,

-against-

SIEMENS MOBILITY, INC., et al.,

           Defendants.

1:23-cv-3057 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties are HEREBY ORDERED to file a Joint Status Letter on or before April 27, 2023 regarding the status and procedural history of this case.

**SO ORDERED.**

**Date: April 20, 2023**
**New York, NY**

                                                                    _____
                                                                    **MARY KAY VYSKOCIL**
                                                                    **United States District Judge**