USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROM RAIL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIEMENS MOBILITY, INC. and HUMATICS CORP.,<br><br>    Defendants. | Civil Action No. 1:23-CV-03057-MKV |

## ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Plaintiff Metrom Rail, LLC's ("Metrom") and Defendant Humatics Corp.'s ("Humatics") Joint Motion to Dismiss Without Prejudice all claims by Metrom against Humatics and all counterclaims by Humatics against Metrom in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having considered the Motion, the Court finds that it is well-taken and is hereby GRANTED, and it is hereby ORDERED that all claims by Metrom against Humatics and all counterclaims by Humatics against Metrom are hereby dismissed without prejudice, each party to bear their own costs and attorneys' fees incurred.

**SO ORDERED.**

Date: October 11, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**