**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
METROM RAIL, LLC,

                Plaintiff,

-against-                                   23 **CIVIL** 3057 (MKV)

## JUDGMENT

SIEMENS MOBILITY, INC. and HUMATICS CORP.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 11, 2024, having considered the Motion, the Court finds that it is well-taken and is hereby GRANTED, and it is hereby ORDERED that all claims by Metrom against Humatics and all counterclaims by Humatics against Metrom are hereby dismissed without prejudice, each party to bear their own costs and attorneys' fees incurred.

**Dated:** New York, New York

      October 15, 2024

                                                                 **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**

                                  **BY:**         *K. Mango*

                                                                 **Deputy Clerk**