UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
METROM RAIL, LLC,                       :
                                        :
                        Plaintiff,      :        23cv3057 (DLC)
            -v-                         :
                                        :           ORDER
SIEMENS MOBILITY, INC. and HUMATICS     :
CORP.,                                  :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.

Accordingly, it is hereby

    ORDERED that the parties need not submit a joint status

report by January 30, 2026, as previously ordered.

    IT IS FURTHER ORDERED that the stay remains in place and

the parties shall provide a further status report by **July 1,**

**2026.**

Dated:    New York, New York
          January 29, 2026

                              _____
                                      DENISE COTE
                              United States District Judge