UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                               :

METROM RAIL, LLC,                       :

                   Plaintiff,   :      23cv3057 (DLC)
         -v-                            :
                               :      ORDER

SIEMENS MOBILITY, INC.,                 :

                Defendant.    :

                               :
---------------------------------------X

DENISE COTE, District Judge:

     An Order of June 4, 2026 scheduled an initial conference to be held on July 31, 2026 at 2:30 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York. In a letter of July 1, plaintiff's counsel requested that the July 31 conference be held telephonically instead. Defense counsel does not oppose the request. Accordingly, it is hereby

     ORDERED that the July 31 conference shall be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

         Dial-in:      1-855-244-8681
         Access Code:  2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
         July 1, 2026

                              _____
                                DENISE COTE
                      United States District Judge